USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2127 JOSEPH M. CRAVEIRO, JR., Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Robert W. Lovegreen, U.S. Magistrate Judge] _____________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Joseph M. Craveiro on brief pro se. __________________ Sheldon Whitehouse, United States Attorney, and Margaret E. ___________________ ____________ Curran, Assistant United States Attorney, on brief for appellee. ______ ____________________ February 3, 1998 ____________________ Per Curiam. After carefully reviewing the record __________ and the parties' briefs, we summarily affirm the judgment of the district court on the basis of United States v. Estrella, _____________ ________ 104 F.3d 3 (1st Cir.), cert.denied, 117 S.Ct. 2494 (1997). ___________ As for the claim of ineffective assistance of counsel, petitioner has waived it by not presenting it in his 28 U.S.C. 2255 motion. See Dziurgot v. Luther, 897 F.2d 1222, ___ ________ ______ 1224 (1st Cir. 1990) (per curiam). Affirmed. See Local Rule 27.1. ________ ___ -2-